Your Honor,

      As you already know, September 26th 2017 marks the day in which a search warrant was executed on my parents' house. That day, however, marks another event whose significance shall remain everlasting. That day was when I hit my "rock bottom." Throughout my involvement in various 12-step programs, talk of one's "rock bottom" moment was very common. Everyone had their own moment to share in which they hit a point of such odium that they were forced to recognize their need to change. As I mentioned, my "rock bottom" moment occurred on September 26th, 2017; however, it was not due to the execution of the warrant. It was not immediately following the execution of the warrant. Toward the end of the day, I found that my anxiety had reached a personal high, which led to an immediate desire to seek relief. Due to this desire, I found myself retreating to the same unhealthy coping skills that I had been using for a long time. This inevitably led me to want to "act out" to general pornographic content. It was on my way to doing this that I hit my "rock bottom." The understanding that I still felt the necessity to "act out" less than 24 hours after having our home filled with law enforcement sparked a connection in my mind that had never transpired before. I knew, at that moment, that I needed to invest all of my efforts into fixing the character defects that have interfered with my personal development. The following day, I sought out professional help.

      After spending several months in weekly generalized therapy sessions, I felt that I was not making appropriate progress towards my goals for rehabilitation. I felt that more appropriate help could be found. Because of this, I talked to someone who I thought would understand my concerns and take the time to help me find the help I needed. That person was a seasoned professor from my university. After discussion my situation with him, we discussed the possibility of me being a porn addict. Of the many classes my professor taught, one was centered around drug and alcohol addiction. In that class, we learned all about the seriousness of addictions to drugs, alcohol, and even overeating; however, porn addiction was never discussed. Upon telling my professor this, he reminded me of a point he made in class: no matter the substance, someone is addicted to a substance or other thing when their ability to function normally in daily life is hindered by their dependence on that substance or other thing. With this in mind, he advised me to go talk to the people at S.A.R.P.H.

      S.A.R.P.H. (Secundum Artem Reaching Pharmacists with Help) is an organization focused on the advocacy for pharmacists and pharmacy students who have an addiction. Their organization evaluates each potential candidate to ensure that everyone they help indeed needs the help. Those who are determined to need their help sign into a legally-binding contract, which explains that members need to follow all of their requirements to receive their support in helping you to obtain or retain your professional licensing. More importantly, their help included giving appropriate resources to seek out for appropriate help. Resources included locations to seek therapy, assigned mentors, and recommendations for 12-step meetings to attend. My mentor met with me in person on a weekly basis for the first several months. After that, we moved to monthly meetings as well as phone conversations. In order to maintain personal accountability, I was required to submit a monthly progress report along with monthly signature logs verifying my regular attendance (3 times/week) to 12-step meetings. At the recommendation of S.A.R.P.H., I went to S.A.T.S. for therapy.

      S.A.T.S. (Sexual Addiction Treatment Services) was founded by Dr. Jennifer Weeks and provides therapeutic services for any individuals with sexual addiction; however, they mainly focus on post-release sex offenders who seek continued treatment. Dr. Weeks gave me an initial evaluation, and I spent the remaining 16 months before my incarceration attending individual and group therapy weekly as well as psychiatry appointments every month. I also attended any classes that were offered throughout my time in S.A.T.S.

      My time in therapy has taught me a lot about my past. I've learned more about my past than could ever be placed on these pages or be discovered within a 2-hour meeting with a psychiatrist. The knowledge that I have obtained, however, has helped me learn very important concepts for my future. At the time when I committed my offenses, I did not comprehend the immorality behind my actions. I've learned that I was not able to read my own emotions. Over the course of my youth, I developed an automatic reaction to suppress my emotions as a means to protect myself. As a result, I didn't allow myself to face my emotions, and I found unhealthy ways to deal with my problems. Now, as of 2019, I have learned a plethora of strategies to appropriately process my emotions, which has led to the rediscovery of events and their emotions, which have been repressed for years. Amongst these events, I am remembering details from my past sexual molestations that have lied dormant in my psyche for nearly two decades. My reflection on these feelings led me to relate my traumas to the trauma I've inflicted on my victims. While I cannot know exactly what they are feeling, I can empathize with their experiencing of a sexual trauma. I can empathize with the fact that they now have their own emotional experiences to battle as a consequence of my actions. I now understand the immorality of my actions, and I know why they were immoral. My actions involved the persuasion and manipulation of my victims to coerce them into doing things they did not want to do and should not do. I also realize now that my victims were too young to make decisions about mature subjects because their own abilities to process such information were still developing. With my continuation in a good therapy program, I know I will learn much more about this.

      My purpose for writing this letter is to convey the efforts that I have placed, am placing currently, and will continue to place into my full rehabilitation. I can comprehend the wrongness of my actions and the need for them to be handled accordingly. I just hope and pray that my punishment still allows me a second chance in life. My own mental handicaps have interfered with everything in my life, including inappropriate decisions I have made. With the treatment I've been receiving, however, I feel much more able to contribute to the world in a positive way. The person I am as of 2019 has dramatically changed for the better from the person I was in 2017. I will only continue to better myself as I utilize my resources, and I look forward to the day that I can become a positive contribution to society again. Thank you for taking the time to read this. If you are interested, attached is a list of books I have read while incarcerated, which I believe have helped in my ongoing rehabilitation.

Sincerely,


John Charles DellaRocco

Book List

1. Out of the Shadows—Understanding Sexual Addiction (Patrick Carnes, Ph.D.)
2. Beginning to Heal—A First Look for Survivors of Childhood Sexual Abuse (Ellen Bass and Laura Davis)
3. Contrary to Love—Helping the Sexual Addict (Patrick Carnes, Ph.D.)
4. Children of Alcoholics as Youngsters, Adolescents, Adults: "It will Never Happen to Me" (Claudia Block, Ph.D.)
5. Hope and Recovery—The 12-Step Guide for Healing from Compulsive Sexual Behavior (Hsyeldon Foundation)
6. The Bipolar Workbook (Maurice Raminay Bosco, Ph.D.)
7. The Relaxation and Stress Reduction Workbook (Martha Davis, Ph.D.; Elizabeth Eshelman, MSW; Matthew McKay, Ph.D.)
8. Cognitive Behavioral Workbook for Depression: A Step by Step Program
9. A Mindfulness-Based Stress Reduction Workbook (Bob Stahl, Ph.D.; Elisha Goldstein, Ph.D.)
10. The Depression Workbook—A Guide for Living with Depression and Manic Depression (Mary Ellen Copeland, MS)
11. The Posttraumatic Insomnia Workbook: A Step by Step Program for Overcoming Sleep Problems After Trauma (Karen Thompson, Ph.D.)
12. Victims No More: Men Recovering from Incest and Other Child Sexual Abuse (Like Lew, M.Ed.)
13. The Deepest Well—Healing the Longterm Effects of Childhood Adversity (Nadine Burke Harris, MD)
14. Healing the Shame That Binds You (John Bradshaw)
15. Believable Hope—5 Essential Elements to Beat Any Addiction (Michael Cartwright and his team at the American Addiction Centers)
16. Panic Attacks Workbook: A Guided Program for Beating the Panic Trick (David Cabonell, Ph.D.)
17. The Addiction Workbook—Step by Step Guide to Quitting Alcohol and Drugs (Patrick Fanning; John O'Neil)
18. Alcoholic Anonymous (Bill W.)
19. Why Am I Still Depressed?: Recognizing and Managing the Ups and Downs of Bipolar II and Soft Bipolar Disorder (Jim Phelps, MD)
20. Positive Energy: 10 Extraordinary Prescriptions for Transforming Fatigue, Stress, and Fear Into Vibrancy, Strength, and Love (Judith Orloff, MD)