```
████████       *         INMATE EDUCATION DATA        *      11-25-2019
PAGE 001 OF 001 *            TRANSCRIPT               *      10:10:17

REGISTER NO: 77247-066    NAME..: DELLAROCCO              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: PHL-PHILADELPHIA FDC

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
PHL  GED UNK    GED STATUS UNKNOWN       06-03-2019 1736 CURRENT

--------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
PHL M      INVESTING IN REAL ESTATE    08-30-2019 09-15-2019  P   C  P   10
PHL M      ACE SPANISH II              07-15-2019 08-15-2019  P   C  P   24
PHL M      MONEY SMART - KEEP IT SAFE  08-01-2019 08-02-2019  P   C  P    2
PHL M      MONEY SMART - TO YOUR CREDIT 08-06-2019 08-07-2019 P   C  P    2
PHL M      MONEY SMART - CHARGE IT RIGHT 08-15-2019 08-16-2019 P   C  P   2
PHL M      MONEY SMART - LOAN TO OWN   08-08-2019 08-09-2019  P   C  P    2
PHL M      MONEY SMART - YOUR OWN HOME 08-13-2019 08-14-2019  P   C  P    2
PHL M      MONEY SMART -PAY YRSELF FIRST 07-16-2019 07-17-2019 P  C  P    2
PHL M      MONEY SMART - MONEY MATTERS 07-09-2019 07-10-2019  P   C  P    2
PHL M      MONEY SMART - CHECK IT OUT  07-02-2019 07-03-2019  P   C  P    2
PHL M      MONEY SMART - BORROWING BASICS 06-25-2019 06-26-2019 P C P     2
PHL M      MONEY SMART - BANK ON IT    06-18-2019 06-19-2019  P   C  P    2




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```